September 29, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ELIE NASSAR AND RHONDA NASSAR, Appellants

NO. 14-14-00277-CV                    V.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL
GROUP, DAVE BAKER, MARY HAMILTON AND MARCUS SMITH,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Liberty Mutual Fire Insurance Company, Liberty Mutual Group, Dave Baker, Mary Hamilton and Marcus Smith, signed March 14, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Elie Nassar and Rhonda Nassar, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.